**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cr. No. 17-cr-10026-STA |
| KEVIN TESSANDORI, | ) | |
| Defendant. | ) | |

## ORDER

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset to **October 24, 2017**, at **11:00am**.

IT IS SO ORDERED this 15th day of September, 2017.

s/S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE